1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ADMINISTRATORS, INC.,      )    NO. C 07 1689 BZ
                                         )
12                      Plaintiff,       )
                                         )    ORDER TO CONTINUE CASE
13           vs.                         )    MANAGEMENT CONFERENCE
                                         )
14                                       )
    HUMBOLDT CREAMERY LLC., a Limited    )
15  Liability Company                    )
                                         )
16                      Defendant.       )
    _____)

17

18          IT IS ORDERED that the Case Management Conference in this

19  case originally set for July 2, 2007 be continued to ~~July 30~~ August 6, 2007 at

20  4:00 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San

21  Francisco, CA.

22  Dated:___June 26, 2007_____      _____
                                              Honorable Bernard Zimmerman
23

24

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                    1

IT IS SO ORDERED
Bernard Zimmerman
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA