ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO. C 07 1689 BZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE CASE |
| vs. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| HUMBOLDT CREAMERY LLC., a Limited | ) | |
| Liability Company | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        IT IS ORDERED that the Case Management Conference in this

case originally set for August 6, 2007 continued to September 10, 2007

at 4:00 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San

Francisco, CA.

Dated: _____July 25, 2007_____        _____
                                        Honorable Bernard Zimmerman

IT IS SO ORDERED
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA